JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TAVO SIMMONS,<br><br>         Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, PROBATION SUPERVISED RELEASE, et. al.,<br><br>         Defendants. | CV 24-08886-CAS (AS)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: August 7, 2025

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE